# Court of Appeals
# of the State of Georgia

ATLANTA,__June 25, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14D0395.  DENISE LAQUA BROOKS v. STATE HOME MORTGAGE et al.**

Denise Laqua Brooks filed a civil action against America Home Key, State Home Mortgage, Georgia Housing and Finance Authority, Johnson & Freedman, LLC, and Campbell & Brannon, LLC.  State Home Mortgage, Georgia Housing and Finance Authority, and Campbell & Brannon, LLC moved to dismiss the complaint for failure to state a claim, and the trial court granted their motion.  Brooks then filed this application for discretionary appeal.

"In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment." (Punctuation omitted.)  *Johnson v. Hosp. Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989).  The trial court's order dismissing the complaint against three of the five defendants was thus not a final judgment.  To appeal that order, Brooks was required to comply with the interlocutory appeal procedure of OCGA § 5-6-34 (b).  See id.  And OCGA § 5-6-35, the discretionary appeal statute, does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b).  See *Bailey v. Bailey*, 266 Ga. 832 (471 SE2d 213) (1996).

Because Brooks failed to comply with the interlocutory appeal procedure, this application for discretionary appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__06/25/2014_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*